UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICK BALLINGER, DENNIS R. WEAVER, ) <br> KOSTA S. KOVACHEV, LEE E. LARSCHEID, ) <br> BENNY G. MORRIS, DARIN W. ROBERTS, ) <br> LINDA M. SEARS, TODD F. WALKER, ) <br> BRANSON CITY LIMITS, INC., ) <br> RESORT HOTELS, INC., ) <br> UNIVERSAL FINANCIAL LEASING, INC., ) <br> AND OZARK TICKET AND TRAVEL, INC., ) <br> ) <br> Defendants. ) | 1:03-cv-1659-LJM-WTL |

## CONSENT JUDGMENT AS TO RELIEF DEFENDANT
## WILLIAM R. DELLAPENNA, JR.

Before this Court is the motion of the Receiver appointed in the above-captioned action for the entry of a Consent Judgment against Relief Defendant William R. DellaPenna, Jr. ("DellaPenna"). In support of his Motion, the Receiver attached the Consent of DellaPenna, in which DellaPenna has consented to the entry of this Consent Judgment against him, waived any findings of fact or conclusions of law, and waived any right to appeal from this Consent Judgment. The Court, having received the Receiver's Motion and the Consent of DellaPenna, and being fully apprised in the premises, hereby GRANTS the Receiver's Motion and enters the following Order:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that DellaPenna is liable for monetary damages in the amount of $95,290.37 together with prejudgment interest and post-judgment interest at the legal rate per annum, attorney's fees, and costs. Payments shall be made

in a form and method agreed to by Receiver and DellaPenna. All payments made by DellaPenna shall be allocated to claimants in this case.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Consent of DellaPenna, filed in connection with Receiver's Motion for Entry of this Consent Judgment, is incorporated into this Consent Judgment with the same force and effect as if fully set forth herein.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment as to DellaPenna.

Dated: 09/07/2006                                    ENTERED:

                                                     _____
                                                     LARRY J. McKINNEY, CHIEF JUDGE
                                                     United States District Court
                                                     Southern District of Indiana