UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>    Plaintiff,     )<br>             )<br>vs.            )  1:03-cv-1659-LJM-WTL<br>             )<br>PATRICK BALLINGER, *et al.*, )<br>    Defendants.   )<br>             ) | |

### **ORDER**

On July 17, 2006, Branson Tourism Center Marketing, LLC, and Branson Tourism Center Investment, LLC ("BTC" or the "Branson Plaintiffs"), brought a Declaratory Judgment action against several defendants including the Receiver in the instant case. The Branson Plaintiffs rightfully assert in the motion that the Receiver did at one time have control of the assets of defendants Larsheid, OTT, and LEL Enterprises, Inc. ("LEL"). In the Motion, the Branson Plaintiffs allege that the website, branson.com, was sold by Larsheid, OTT, and LEL to them and that payment of funds had been acknowledged by the Receiver. The Receiver does not dispute these allegations.

The Branson Plaintiffs then allege that before the sale of the website to them had closed in February of 2006, Larsheid, OTT, and LEL entered into an agreement with the other named defendants with regard to the website. On November 14, 2005, Larsheid, OTT, and LEL, entered into a Website Asset Purchase and Sale Agreement with BTC. On November 25, 2005, Defendant Branson Cabin Rentals, LLC ("Branson Cabins"), entered into a Website Utilization Agreement with Larsheid, OTT, and LEL. These parties then filed one or more UCC-1 Financing Statements with the office of the Missouri Secretary of State asserting rights and interests in the website. The Branson Plaintiffs assert that the Receiver did not authorize or approve this November 2005 arrangement. The Branson Plaintiffs report in the Motion that there now exists a controversy between them and the participants named as defendants in the November arrangement.

The Branson Plaintiffs ask this Court to enter a declaratory order settling title to the website in

themselves and destroy any interest that might be claimed by the November buyers and declare the November arrangement null and void.

The Receiver asks this Court to dismiss the Motion as to the Receiver on the grounds that the Motion does not allege any harm to Plaintiffs by the Receiver, nor does it claim that the Receiver now asserts a claim to or interest in the website. The Receiver asserts that he is not a necessary party to the action and that the action should be dismissed and allowed to proceed against the appropriate parties in the state court.

This Court agrees with the Receiver. This application is now dismissed as to the Receiver because it appears beyond doubt that the applicants do not allege any facts in their application that would entitle them to relief against the Receiver. *See Perkins v. Silverstein*, 939 F.2d 463, 466-67 (7th Cir. 1991). The Reciever's Motion to Dismiss is **GRANTED**.

Because the basis for the Branson Plaintiffs' Motion for Declaratory Judgment in this Court is based on the Receiver's alleged interest in the property at issue, and the Court has decided that the Receiver is not a proper party in the suit, the Court is without jurisdiction to decide the matters raised by the declaratory motion, therefore, the Branson Plaintiffs' Motion for Declaratory Judgment is hereby **DISMISSED without prejudice**. This Order renders **MOOT** the Branson Defendants', Branson Cabin Rentals, LLC, Thousand Hills Management Company, Inc., Vacation World, Inc. and Thousand Hills Golf Partnership, LLP, Motion to Dismiss.

IT IS SO ORDERED this 18th day of October, 2006.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distributed electronically to:

Erik Joseph Anderson
GARDNER CARTON & DOUGLAS LLP
eanderson@gcd.com

Mark D. Antonacci
antonaccilaw@aol.com

James R. Browne Jr.
GOODIN ABERNATHY & MILLER
jbrowne@gamlawyers.com

Brian K. Burke
BAKER & DANIELS
bkburke@bakerd.com

Thomas J. Costakis
KRIEG DEVAULT, LLP
tcostakis@kdlegal.com

Mark J. Dinsmore
BARNES & THORNBURG LLP
mark.dinsmore@btlaw.com

Phil L. Isenbarger
BINGHAM MCHALE, LLP
pisenbarger@binghammchale.com

Todd A. Johnson
ELLIS ELLIS HAMMONS & JOHNSON PC
tjohnson@eehjfirm.com

John J. Kaleba
U.S. SECURITIES AND EXCHANGE COMMISSION
kalebaj@sec.gov

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Scott Christopher Lascari
GARDNER CARTON & DOUGLAS LLP
slascari@gcd.com

John F. Lauro
LAW OFFICES OF JOHN F. LAURO, P.A.
laulaw1@aol.com

Steven Justin Levine
SECURITIES AND EXCHANGE COMMISSION
levines@sec.gov

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Evan M. Meyers
GARDNER CARTON & DOUGLAS LLP
emeyers@gcd.com

Gordon B. Nash Jr.
GARDNER CARTON & DOUGLAS LLP
gnash@gcd.com

Christopher A. Nichols
christophernichols@insightbb.com

F. Anthony Paganelli
SOMMER BARNARD ATTORNEYS, PC
paganelli@sommerbarnard.com

James G. Richmond
GREENBERG TRAURIG, LLP
richmondj@gtlaw.com

Rafael A. Sanchez
BINGHAM MCHALE
rsanchez@binghammchale.com

J. Bradley Schooley
HOSTETLER AND KOWALIK PC
jbs@hostetler-kowalik.com

Raymond T. Seach
RILEY BENNETT & EGLOFF LLP
rseach@rbelaw.com

Ronald George Sentman
KATZ & KORIN
rsentman@katzkorin.com

John Joseph Sikora Jr.
U.S. SECURITIES & EXCHANGE COMMISSION
sikoraj@sec.gov

Daniel Adam Spirn
BRYAN CAVE LLP
daspirn@bryancave.com

Brent D. Taylor
BAKER & DANIELS
bdtaylor@bakerd.com

Elizabeth J. Wysong
GOODIN ABERNATHY & MILLER
ewysong@gamlawyers.com

Mark J. Zimmermann
DEALEY ZIMMERMANN CLARK & MALOUF PC
mz@texlex.com

Distributed via U.S. Postal Service to:

TERRY EDWARD AVERY
573 Durham Street
El Cajon, CA 92019

Christopher A. Beck
BAKER & BECK P.C.
304 North Main Street, Suite 4
Conroe, TX 77301

BRIANNA BETZEN
505 Kingman
Canadian, TX 79014

JACK A BROWN
345 PR 1149
Marshall, TX 75672

JEFFREY BROWN
4835 N. Galloway Ave., Apt. 7201
Mesquite, TX 75150

WILLIAM DELLAPENNA
4801 Holm Road
Placerville, CA 95667

GEORGE ELLIOTT
3031 Summit Drive
Belton, TX 76513

LEONARD A. FORTNER, JR.
1811 W. Lakeview Drive, H-1
Johnson City, TN 37601

JAMES EUGENE GRAVES
480 US Highway 287
Claude, TX 79019

JOHN GIDDENS
Giddens Insurance Agency, Inc.
375 Wheeler Road
Gray, GA 31032

WILLIAM R. HENSLEY
29942 Illinois Route 122
Minier, IL 61759

RONALD DEAN HERNANDEZ
12024 Acosta Court
Waterford, CA 95386-9613

KOSTA KOVACHEV
P.O. Box 2959
Palm Beach, FL 33480-2959

Anthony J. LaSpada
LAW OFFICES OF ANTHONY J. LASPADA, P.A.
1802 N. Morgan Street
Tampa, FL 33602

JEFFREY A MICHAEL
6515 Tandy Hill Lane
Henderson, KY 42420

DARIN W. ROBERTS
181 E  400 N
Smithfield, UT 84335

WILLIAM D. WRIGHT
3223 Norcross Lane
Dallas, TX 75229