UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>vs.<br><br>PATRICK BALLINGER, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)   1:03-cv-1659-LJM-WTL<br>)<br>)<br>)<br>) |

### ORDER OF JUDGMENT AGAINST RELIEF DEFENDANT
### STIPEK FINANCIAL SERVICES, LLC

The Receiver, Stephen P. Bedell ("Receiver"), having filed a Motion for Summary Judgment on Summary Proceedings Application for Disgorgement, Money Judgment, and/or Imposition of Constructive Trust against Relief Defendant Stipek Financial Services, LLC, due and proper notice having been given to Relief Defendant Stipek Financial Services, LLC, the Defendant having failed to respond, and for the same reasons outlined in this Court's order on a similar Motion against Relief Defendant George Elliott, also a signatory to a sales agreement with Resort Hotels, and the Court being fully advised on the premises, the Court finds as follows:

(1) The Receiver's Motion for Summary Judgment is **GRANTED**;

(2) Judgment is entered against Relief Defendant Stipek Financial Services, LLC, and in favor of Receiver in the amount of $1,198,984.33, together with pre-judgment interest, post-judgment interest at the legal rate per annum, and attorneys' fees and costs; and

(3) A constructive trust is imposed on all investor funds received by Relief Defendant Stipek Financial Services, LLC, from one or more of the Entity Defendants.

IT IS SO ORDERED this 18th day of October, 2006.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distributed electronically to:

Erik Joseph Anderson
GARDNER CARTON & DOUGLAS LLP
eanderson@gcd.com

Mark D. Antonacci
antonaccilaw@aol.com

James R. Browne Jr.
GOODIN ABERNATHY & MILLER
jbrowne@gamlawyers.com

Brian K. Burke
BAKER & DANIELS
bkburke@bakerd.com

Thomas J. Costakis
KRIEG DEVAULT, LLP
tcostakis@kdlegal.com

Mark J. Dinsmore
BARNES & THORNBURG LLP
mark.dinsmore@btlaw.com

Phil L. Isenbarger
BINGHAM MCHALE, LLP
pisenbarger@binghammchale.com

Todd A. Johnson
ELLIS ELLIS HAMMONS & JOHNSON PC
tjohnson@eehjfirm.com

John J. Kaleba
U.S. SECURITIES AND EXCHANGE COMMISSION
kalebaj@sec.gov

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Scott Christopher Lascari
GARDNER CARTON & DOUGLAS LLP
slascari@gcd.com

John F. Lauro
LAW OFFICES OF JOHN F. LAURO, P.A.
laulaw1@aol.com

Steven Justin Levine
SECURITIES AND EXCHANGE COMMISSION
levines@sec.gov

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Evan M. Meyers
GARDNER CARTON & DOUGLAS LLP
emeyers@gcd.com

Gordon B. Nash Jr.
GARDNER CARTON & DOUGLAS LLP
gnash@gcd.com

Christopher A. Nichols
christophernichols@insightbb.com

F. Anthony Paganelli
SOMMER BARNARD ATTORNEYS, PC
paganelli@sommerbarnard.com

James G. Richmond
GREENBERG TRAURIG, LLP
richmondj@gtlaw.com

Rafael A. Sanchez
BINGHAM MCHALE
rsanchez@binghammchale.com

J. Bradley Schooley
HOSTETLER AND KOWALIK PC
jbs@hostetler-kowalik.com

Raymond T. Seach
RILEY BENNETT & EGLOFF LLP
rseach@rbelaw.com

Ronald George Sentman
KATZ & KORIN
rsentman@katzkorin.com

John Joseph Sikora Jr.
U.S. SECURITIES & EXCHANGE COMMISSION
sikoraj@sec.gov

Daniel Adam Spirn
BRYAN CAVE LLP
daspirn@bryancave.com

Brent D. Taylor
BAKER & DANIELS
bdtaylor@bakerd.com


Elizabeth J. Wysong
GOODIN ABERNATHY & MILLER
ewysong@gamlawyers.com

Mark J. Zimmermann
DEALEY ZIMMERMANN CLARK & MALOUF PC
mz@texlex.com

Distributed via U.S. Postal Service to:

TERRY EDWARD AVERY
573 Durham Street
El Cajon, CA 92019

Christopher A. Beck
BAKER & BECK P.C.
304 North Main Street, Suite 4
Conroe, TX 77301

BRIANNA BETZEN
505 Kingman
Canadian, TX 79014

JACK A BROWN
345 PR 1149
Marshall, TX 75672

JEFFREY BROWN
4835 N. Galloway Ave., Apt. 7201
Mesquite, TX 75150

WILLIAM DELLAPENNA
4801 Holm Road
Placerville, CA 95667

GEORGE ELLIOTT
3031 Summit Drive
Belton, TX 76513

LEONARD A. FORTNER, JR.
1811 W. Lakeview Drive, H-1
Johnson City, TN 37601

JAMES EUGENE GRAVES
480 US Highway 287
Claude, TX 79019

JOHN GIDDENS
Giddens Insurance Agency, Inc.
375 Wheeler Road
Gray, GA 31032

WILLIAM R. HENSLEY
29942 Illinois Route 122
Minier, IL 61759

RONALD DEAN HERNANDEZ
12024 Acosta Court
Waterford, CA 95386-9613

KOSTA KOVACHEV
P.O. Box 2959
Palm Beach, FL 33480-2959

Anthony J. LaSpada
LAW OFFICES OF ANTHONY J. LASPADA, P.A.
1802 N. Morgan Street
Tampa, FL 33602

JEFFREY A MICHAEL
6515 Tandy Hill Lane
Henderson, KY 42420

DARIN W. ROBERTS
181 E  400 N
Smithfield, UT 84335

WILLIAM D. WRIGHT
3223 Norcross Lane
Dallas, TX 75229

Elizabeth J. Wysong
GOODIN ABERNATHY & MILLER
ewysong@gamlawyers.com

Mark J. Zimmermann
DEALEY ZIMMERMANN CLARK & MALOUF PC
mz@texlex.com

Distributed via U.S. Postal Service to:

TERRY EDWARD AVERY
573 Durham Street
El Cajon, CA 92019

Christopher A. Beck
BAKER & BECK P.C.
304 North Main Street, Suite 4
Conroe, TX 77301

BRIANNA BETZEN
505 Kingman
Canadian, TX 79014

JACK A BROWN
345 PR 1149
Marshall, TX 75672

JEFFREY BROWN
4835 N. Galloway Ave., Apt. 7201
Mesquite, TX 75150

WILLIAM DELLAPENNA
4801 Holm Road
Placerville, CA 95667

GEORGE ELLIOTT
3031 Summit Drive
Belton, TX 76513

LEONARD A. FORTNER, JR.
1811 W. Lakeview Drive, H-1
Johnson City, TN 37601

JAMES EUGENE GRAVES
480 US Highway 287
Claude, TX 79019

JOHN GIDDENS
Giddens Insurance Agency, Inc.
375 Wheeler Road
Gray, GA 31032

WILLIAM R. HENSLEY
29942 Illinois Route 122
Minier, IL 61759

RONALD DEAN HERNANDEZ
12024 Acosta Court
Waterford, CA 95386-9613

KOSTA KOVACHEV
P.O. Box 2959
Palm Beach, FL 33480-2959

Anthony J. LaSpada
LAW OFFICES OF ANTHONY J. LASPADA, P.A.
1802 N. Morgan Street
Tampa, FL 33602

JEFFREY A MICHAEL
6515 Tandy Hill Lane
Henderson, KY 42420

DARIN W. ROBERTS
181 E  400 N
Smithfield, UT 84335

WILLIAM D. WRIGHT
3223 Norcross Lane
Dallas, TX 75229