UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 1:03-cv-1659-LJM-WTL |
| | ) | |
| PATRICK BALLINGER, *et al.*, | ) | |
| Defendants. | ) | |

### ORDER ON RELIEF DEFENDANT'S SURREY VACATION RESORTS, INC., MOTION TO DISMISS RECEIVER'S SUMMARY PROCEEDING'S APPLICATION

Relief defendant, Surrey Vacation Resorts, Inc. ("Surrey"), has moved to dismiss Receiver's Summary Proceeding Application against it for the reason that the entity defendants over which the Receiver was appointed have fully satisfied the subject judgment and have been dismissed from the suit. The entity defendants were Ozark Ticket & Travel, Inc. ("OTT"), Destination Adventures, LLC, and Lee Larscheid (collectively, "entity defendants"). Surrey urges that because the judgments have been satisfied the Receiver has no standing to pursue Surrey.

The Receiver takes a different view. The Receiver asserts that the action against Surrey is an attempt to collect a debt owed by Surrey and not an attempt to collect a debt owed by the entity defendants. The Receiver is correct. The assets of entity defendants had already been transferred to Surrey pursuant to an agreement entered into by OTT, Destination Adventures, Lee Larschied, Surrey, and the Receivers in a related case, *SEC v. First Choice*, a receivership in the Northern District of Indiana, and the Receiver appointed in this case (collectively, "Receivers"). Paragraph 2 of that agreement (Ex. A attached to the Receiver's response) gives the Receivers the right to

receive the benefits conferred by the agreement and the right to "enforcement authority regarding the benefits."

The asset in question in the Receiver's Summary Proceeding Application is the currency placed in the hands of Surrey by the agreement that the Receivers allege Surrey failed to deliver in return for the tours and access to the tours provided by the agreement. Simply put, this is an action against Surrey for money asserted by the Receivers to be due from Surrey to the receivership under the terms of the aforementioned agreement. Therefore, the Motion to Dismiss must be **DENIED**.

## CONCLUSION

For the foregoing reasons, the Motion to Dismiss Receiver's Summary Proceeding Application Against Relief Defendant Surrey Vacation Resorts, Inc., is **DENIED**.

IT IS SO ORDERED this 13th day of September, 2007.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distributed electronically to:

Erik Joseph Anderson
DRINKER BIDDLE GARDNER CARTON
erik.anderson@dbr.com

Mark D. Antonacci
antonaccilaw@aol.com

Mark J. Dinsmore
BARNES & THORNBURG LLP
mark.dinsmore@btlaw.com

Phil L. Isenbarger
BINGHAM MCHALE, LLP
pisenbarger@binghammchale.com

Todd A. Johnson
ELLIS ELLIS HAMMONS & JOHNSON PC
tjohnson@eehjfirm.com

John J. Kaleba
U.S. SECURITIES AND EXCHANGE COMMISSION
kalebaj@sec.gov

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Scott Christopher Lascari
DRINKER BIDDLE GARDNER CARTON
scott.lascari@dbr.com

Steven Justin Levine
SECURITIES AND EXCHANGE COMMISSION
levines@sec.gov

Evan M. Meyers
DRINKER BIDDLE GARDNER CARTON
evan.meyers@dbr.com

Gordon B. Nash Jr.
DRINKER BIDDLE GARDNER CARTON
gordon.nash@dbr.com

Rafael A. Sanchez
BINGHAM MCHALE
rsanchez@binghammchale.com

Raymond T. Seach
RILEY BENNETT & EGLOFF LLP
rseach@rbelaw.com

Ronald George Sentman
KATZ & KORIN
rsentman@katzkorin.com

John Joseph Sikora Jr.
U.S. SECURITIES & EXCHANGE COMMISSION
sikoraj@sec.gov

Daniel Adam Spirn
BRYAN CAVE LLP
daspirn@bryancave.com

Brent D. Taylor
BAKER & DANIELS
bdtaylor@bakerd.com

Bryan J. Wick
WICK PHILLIPS, LLP
bryan.wick@wickphillips.com

Distributed via U.S. Postal Service to:

TERRY EDWARD AVERY
573 Durham Street
El Cajon, CA 92019

Christopher A. Beck
BAKER & BECK P.C.
304 North Main Street, Suite 4
Conroe, TX 77301

BRIANNA J BETZEN
14 N.W. 21st Street
Guymon, OK 73942

JACK A BROWN
106 Highpoint
Bullard, TX 75757

JEFFREY E BROWN
1924 Overhill Drive
Tyler, TX 75701

GEORGE ELLIOTT
3031 Summit Drive
Belton, TX 76513

THE G.A.T. GROUP, LLC.
c/o Gene A. Tyrrell, Member
5419 West Pontiac Drive
Glendale, AZ 85308

JAMES EUGENE GRAVES
480 US Highway 287
Claude, TX 79019

WILLIAM DELLA PENNA
4801 Holm Road
Placerville, CA 95667

RAED AL HINDI
6161 Riverbank Cir
Stockton, CA 95219-2524

Anthony J. LaSpada
THE LAW OFFICES OF ANTHONY J. LASPADA, P.A.
1802 N. Morgan Street
Tampa, FL 33602

WILLIAM D. WRIGHT
3223 Norcross Lane
Dallas, TX 75229